

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| JAMES DARNELL SCOTT,<br>   Plaintiff,<br><br>vs.<br><br>ANTHONY PADULA, Lee CI Warden, et al.,<br>   Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 0:08-3240-HFF-PJG<br>§<br>§<br>§ |

## ORDER

  This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Defendants' motion for summary judgment (Docket Entry 96) be granted. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

  The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

  The Magistrate Judge filed the Report on June 14, 2010, and the Clerk of Court entered Plaintiff's objections to the Report on June 22, 2010. The Court has carefully reviewed the

objections. In doing so, the Court also reviewed the record in *Scott v. Ozmint*, 467 F. Supp. 2d 564 (D.S.C. 2006). Simply stated, the objections and arguments put forth by Plaintiff are without merit. Therefore, the Court will enter judgment accordingly.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report, and incorporates it herein. Therefore, it is the judgment of the Court that Defendants' motion for summary judgment (Docket Entry 96) is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 30th day of June, 2010, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.